373 A.2d 1126

Commonwealth v. Howell  (et al., Appellant.)

Appeal of George Rainey.

Argued March 14, 1977.  William H. Naugle, for appellant;  Floyd P. Jones and Sheryl Ann Dorney, Assistant District Attorneys, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1126

Commonwealth v. Howell, Appellant, et al.

Appeal of Robert Howell.

Argued March 14, 1977.  William H. Naugle, for appellant;  Floyd P. Jones and Sheryl Ann Dorney, Assistant District Attorneys, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.